NORTHERN DISTRICT OF TEXAS

**FILED**

NOV 15 2002

CLERK, U.S. DISTRICT COURT

By _____

Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

*HORACE PIERCE, Jr.*
           PLAINTIFF,

V.                                CIVIL ACTION NO. 3:01-CV-2098- AH (M)

*TEXAS DEPARTMENT OF*
*TRANSPORTATION,*
           *DEFENDANT.*


## PLAINTIFF MOTION FOR SUPPLEMENTAL DISCLOSURE

TO THE HONORABLE WILLIAM F. SANDERSON,JR.
UNITED STATES MAGISTRATE JUDGE:

    Plaintiff have been through out the process of preparing for trail continuing Plaintiff investigation, this information came to Plaintiff attention.


    Their was machinery  under care taking control of Texas Department of Transportation employees central to Plaintiff complaint to negligently maintain, had employees operate equipment hazardous unsafe condition.


    Stepp manufactured  OJK-400-D  crack seal machine, cause of malfunction is Teresstic R 100 turbine oil , the Pictures, Teresstic R 100 Product Data Sheet, Chevron ISO 100 Industrial Oil Sheet and Specifications Stepp Manufactured OJK-400-D Plaintiff purpose to present to court document the negligent of Texas Department of Transportation employees creation of a unsafe work environment.

    In the last of  October  Plaintiff, David Heady and Richard Key  was ask to replaced the oil in crack seal machine after reading the information on the drum of Chevron 100 ISO , Plaintiff, Heady, and Key refuse to fill crack seal machine with that oil. Texas Department of Transportation ordered the Teresstic R 100 Turbine and other employee filed crack seal machine.


    On the 11/4/2002 when Plaintiff over heard some employees talking about the crack seal machine. Plaintiff looked at the crack seal machine , saw the damage machine and taken pictures.

Pictures marked  exhibit 1 thru 7.
Specifications Stepp manufacturing OJK-400-D crack seal marked exhibit 8.
Teresstic R 100 turbine oil product data sheet marked exhibit 9.
Chevron Industrial oil ISO100 marked exhibit 10.

Plaintiff Prays that court grant him the Motion for Supplemental Disclosure on the factual basis of the evidence, the information just came available to Plaintiff.

Respectfully submitted,

HORACE PIERCE, JR.
PRO SE  PLAINTIFF

HORACE PIERCE, JR.
PRO SE PLAINTIFF
9250 PALISADE DR.
DALLAS , TEXAS 75217

2

## CERTIFICATE OF SERVICE

I, Horace Pierce, Jr. Pro Se Plaintiff ,do hereby certify that a copy of this pleading has been served on this 15 day of November 2002, via certified mail, addressed to:

VIA CERTIFIED MAIL NO. 7002-0860-0002-2132-5211
Henry De La Garza
Assistant Attorney General
P O Box 12548
Austin , Texas 78711-2548

Horace Pierce, Jr.
Pro Se Plaintiff